# United States District Court
# Western District of North Carolina
# Bryson City Division

| | | |
|---|---|---|
| RICARDO CRUZ**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 2:14-cv-14-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| FRANK PERRY, Secretary, | ) | |
| CYNTHIA THORNTON, | ) | |
| Administrator**,** | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 10, 2014 Order.

June 10, 2014

*[signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court